RECEIVED
IN ALEXANDRIA, LA
SEP 17 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| BARBARA D. HENNIGAN | : | DOCKET NO. 06-0553 |
| VS. | : | JUDGE TRIMBLE |
| JO ANNE B. BARNHART, COMMISSIONER OF SOCIAL SECURITY | : | MAGISTRATE JUDGE WILSON |

## JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein these findings and conclusions are accepted. Alternatively, this court concludes that the proposed findings and conclusions are entirely correct. Accordingly,

IT IS ORDERED that plaintiff's motion for attorney's fees [doc. # 13] is hereby GRANTED, and that fees are awarded in favor of plaintiff in the amount of $ 4,656.25.

IT IS FURTHER ORDERED that the attorney will be reimbursed $14.64 for expenses.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 17th day of September, 2007.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE